# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. S1-4:06-CR-352 CAS |
| v. ) | |
| ) | |
| WILLIAM MICHAEL HUFFMAN, and ) | |
| PATRICIA RENEE ROBERTSON ) | |
| HUFFMAN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge David D. Noce. On September 18, 2006, Judge Noce filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant William Michael Huffman's motions to dismiss Counts 4 through 7 of the indictment, and for relief from the prejudicial joinder of Counts 1, 2, and 3 be denied. The Report and Recommendation of United States Magistrate Judge also recommended that defendant Patricia Renee Robertson Huffman's motions for separate trial of counts and for severance of defendants be denied.

Defendant William Michael Huffman filed objections to the Magistrate Judge's Report and Recommendation on September 22, 2006. Huffman objected to the Magistrate Judge's finding that the indictment sufficiently alleges that the defendants acted with the required intent to defraud and should therefore be denied. Huffman also objected to the Magistrate Judge's finding that the motion for relief from joinder should be denied.

Defendant Patricia Renee Robertson filed objections to the Magistrate Judge's Report and Recommendation on September 22, 2006. Huffman objected to the Magistrate Judge's recommendation that her motion for severance of counts be denied. Huffman also objected to the Magistrate Judge's finding that her husband's acts may lawfully be imputed to her as a member of the same conspiracy. The Court finds that defendants' objections are sufficient to require de novo review.

The Court has carefully and independently reviewed the full record, and has listened to recordings of the evidentiary hearings held in this matter on August 23, 2006 and October 16, 2006. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after a de novo review,

**IT IS HEREBY ORDERED** that the objections of defendant William Michael Huffman are overruled. [Doc. 50]

**IT IS FURTHER ORDERED** that the objections of defendant Patricia Renee Robertson Huffman are overruled. [Doc. 51]

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 49]

**IT IS FURTHER ORDERED** that defendant William Michael Huffman's Motion to Dismiss Counts 4 Through 7 of the Indictment, and Motion for Relief from Prejudicial Joinder are **DENIED**. [Docs. 29, 31]

**IT IS FURTHER ORDERED** that defendant Patricia Renee Robertson Huffman's Motion for Separate Trial of Counts and Severance of Defendants is **DENIED**. [Doc. 40]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  25th  day of January, 2007.